UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

AMY YERTON,

        Plaintiff,

        v.

ANDREW M. SAUL,
Commissioner,
Social Security Administration,

        Defendant.

Case No.:  3:18-cv-00219-SI

ORDER AWARDING ATTORNEY
FEES PER 28 USC 2412(d)

_____

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28

U.S.C. § 2412, an attorney fee in the amount of $3,929.76 is awarded to Plaintiff.  It is

ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon

verification that Plaintiff has no debt which qualifies for offset against the awarded

fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130

S.Ct.  2521 (2010).   If Plaintiff has no such debt, then the check shall be made

payable to  Plaintiff, George J. Wall, and mailed to Plaintiff's attorney's mailing

address at: 825 NE 30TH Ave., Suite 330, Portland OR 97232.  If Plaintiff has such

debt, then the check for any remaining funds after offset of the debt shall be made

payable to  Plaintiff and mailed to Plaintiff's attorney's mailing address stated above.


IT IS SO ORDERED:  July 15, 2019


                        /s/ *Michael H. Simon*
                        Michael H. Simon
                        U.S. District Judge